# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KAREN NADEAU,**
Appellant,

v.

**ANDREW FODI, MICHELE FODI, STEPHEN J. BROWN,** and **STEPHEN J. BROWN, INC.,**
Appellees.

No. 4D21-1158

[February 24, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Elizabeth Ann Metzger, Judge; L.T. Case No. 562018CA000920.

Jacob E. Ensor, Lauren A. Carroll of Ross Earle Bonan & Ensor, P.A., Stuart, for appellant.

Alan C. Espy, Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***